FILED

APR 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10043 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00601-DCB |
| v. | |
| JOSE LUIS ZAVALA-VASQUEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted April 16, 2013[**]

Before:     CANBY, IKUTA, and WATFORD, Circuit Judges.

Jose Luis Zavala-Vasquez appeals from the district court's judgment and

challenges his guilty-plea conviction and 77-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Zavala-Vasquez's counsel has filed a brief stating that there are

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Zavala-Vasquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**